UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.D., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PFIZER, INC., et al.,<br><br>　　　　　Defendants. | Case No.  13-cv-02466-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF Nos. 7, 19, 21 |

　　　A hearing on Plaintiffs' motion to remand and Pfizer's motion to stay is scheduled for July 25, 2013.  As the motions are suitable for determination without oral argument, the hearing is VACATED.  See Civil L.R. 7-1(b).  The motions are under submission.

　　　**IT IS SO ORDERED**.

Dated: July 12, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge